No. 1395. DeSapio *v.* United States. C. A. 2d Cir. Motion of petitioner for leave to examine sealed briefs filed on behalf of respondent in No. 825, October Term, 1970, granted. Mr. Justice White took no part in the consideration or decision of this motion.

No. 5940. Haines *v.* Kerner et al. C. A. 7th Cir. [Certiorari granted, *ante,* p. 954.] Motion of petitioner for appointment of counsel granted. It is ordered that Stanley A. Bass, of New York, New York, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 6307. Frias *v.* Nelson, Warden. Motion for leave to file petition for writ of habeas corpus denied.

No. 1274. Rafter *v.* Hoyt, Judge. Motion for leave to file petition for writ of mandamus denied.

No. 1325. North Carolina *v.* Rice. C. A. 4th Cir. Certiorari granted.

No. 1332. Reliance Electric Co. *v.* Emerson Electric Co. C. A. 8th Cir. Certiorari granted.

No. 1103. In re Metropolitan Realty Corp. C. A. 5th Cir. Certiorari denied.

No. 1254. District Council 51, American Federation of State, County and Municipal Employees, et al. *v.* Goldberg et al. Sup. Ct. Ohio. Certiorari denied.